**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

In re:

RAFAEL POL and
ESTHER RIVERA

Case No. 2:25-bk-02619-FMR
Chapter 13

Debtor (s) /

## DEBTOR'S NOTICE OF VOLUNTARY DISMISSAL

Comes now, Rafael Pol and Esther Rivera**,** ("Debtor") by and through the undersigned counsel, and files this Debtor's Notice of Voluntary Dismissal of the Chapter 13 Bankruptcy Case.

## DEBTOR'S VERIFICATION STATEMENT

Under penalty of perjury, I, Rafael Pol and Esther Rivera, declare that I have read the foregoing and that the facts stated therein are true and correct to the best of my knowledge and belief.

10 / 19 / 2026

Signature of Joint Debtor, Rafael Pol — Date

10 / 23 / 2026

Signature of Joint Debtor, Esther Rivera — Date

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Debtor's Voluntary Dismissal of Case was emailed to via ECF to Daryl Smith, Chapter 13 Trustee at jwflecf@trustee13.com; Office of the US Trustee at USTPRegion21.TP.ECF@USDOJ.GOV and the parties registered to receive electronic notices; and to all creditors in the attached service list on this 27th day of October 2026.

Respectfully submitted,

By: /s/ Haven Del Pino
**Haven Del Pino, Esq.**
**Florida Bar No. 88606**
***Attorney for Debtor(s)***
**900 W. 49 Street, 422**
**Hialeah, FL. 33012**
**Tel. 305-362-6277**
**Fax 888-327-2399**
**E-Mail:** mail@delpinolaw.com
DEL PINO & GRANADOS
LAW FIRM